■ ADAM BROOK, M.D., Ph.D., et al., Respondents, v PECONIC BAY MEDICAL CENTER et al., Appellants, et al., Defendants. [8 NYS3d 559]—

Order, Supreme Court, New York County (Barbara Kapnick, J.), entered January 27, 2014, which, to the extent appealed from, granted plaintiffs' motion for reargument and, upon reargument, denied defendants' motion for a change of venue to Suffolk County, unanimously affirmed, without costs.

Contrary to defendants' contention, plaintiffs' motion was a proper motion for leave to reargue (*see* CPLR 2221 [d]). Defendants failed to establish that their two alleged nonparty witnesses were not employees or otherwise within their control (*see Gissen v Boy Scouts of Am.*, 26 AD3d 289 [1st Dept 2006]).

We have considered defendants' remaining contentions and find them unavailing. Concur—Sweeny, J.P., Renwick, Andrias, Moskowitz and Gische, JJ.